IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02281-REB-MJW

JEREMY HASTINGS,
a minor, by and through his parent and next friend,
MICHAEL HASTINGS,

Plaintiff(s),

v.

JOSHUA VALERIO, and
LINDSAY VALERIO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint, DN 21, filed with the Court on May 13, 2009, is GRANTED and the Amended Complaint (DN 21-3) is accepted for filing as of the date of this order.

Date:  May 15, 2009