**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02281-REB-MJW

JEREMY HASTINGS, a minor, by and through his parent and next friend, MICHAEL HASTINGS,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER POLICE DEPARTMENT, through Police Chief Gerald R. Whitman, in his official capacity,

    Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Stipulated (Unopposed) Motion To Dismiss The City and County of Denver Police Department, Through Police Chief Gerald R. Whitman, in His Official Capacity** [#37] filed July 21, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted, and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated (Unopposed) Motion To Dismiss The City and County of Denver Police Department, Through Police Chief Gerald R. Whitman, in His Official Capacity** [#37] filed July 21, 2009, is **GRANTED**;

    2.  That the Trial Preparation Conference set for December 18, 2009, is **VACATED**;

3.  That the jury trial set to commence January 11, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated July 22, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge